BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
TRACI J WHELAN, IDAHO STATE BAR NO. 4416
BRYCE B ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

**U.S. COURTS**

**DEC 18 2018**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATRINA LYNN DANFORTH,<br><br>Defendant. | Case No. **CR 18-398 N BLW**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1958 |

The Grand Jury charges:

### COUNT ONE

**Use of Interstate Commerce Facilities in Commission of Murder-for-Hire
18 U.S.C. § 1958**

On or about October 20, 2018, in the District of Idaho, the defendant, KATRINA LYNN DANFORTH, did knowingly and intentionally use and cause another to use a facility of interstate and foreign commerce, the telephone, with the intent that the murder of R.H. be committed in violation of the laws of any State or the United States, as consideration for a

INDICTMENT - 1

promise and agreement to pay anything of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958.

### COUNT TWO

**Use of Interstate Commerce Facilities in Commission of Murder-for-Hire**
**18 U.S.C. § 1958**

On or about November 9, 2018, in the District of Idaho, the defendant, KATRINA LYNN DANFORTH, did knowingly and intentionally use and cause another to use a facility of interstate and foreign commerce, the telephone, with the intent that the murder of R.H. be committed in violation of the laws of any State or the United States, as consideration for a promise and agreement to pay anything of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958.

### COUNT THREE

**Use of Interstate Commerce Facilities in Commission of Murder-for-Hire**
**18 U.S.C. § 1958**

On or about November 10, 2018, in the District of Idaho, the defendant, KATRINA LYNN DANFORTH, did knowingly and intentionally use and cause another to use a facility of interstate and foreign commerce, the telephone, with the intent that the murder of R.H. be committed in violation of the laws of any State or the United States, as consideration for a promise and agreement to pay anything of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958.

### COUNT FOUR

**Use of Interstate Commerce Facilities in Commission of Murder-for-Hire**
**18 U.S.C. § 1958**

On or about November 10, 2018, in the District of Idaho, the defendant, KATRINA LYNN DANFORTH, did knowingly and intentionally use a facility of interstate and foreign

**INDICTMENT - 2**

commerce, the mail, with the intent that the murder of R.H. be committed in violation of the laws of any State or the United States, as consideration for a promise and agreement to pay anything of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958.

## COUNT FIVE

### Use of Interstate Commerce Facilities in Commission of Murder-for-Hire
### 18 U.S.C. § 1958

On or about November 19, 2018, in the District of Idaho, the defendant, KATRINA LYNN DANFORTH, did knowingly and intentionally use and cause another to use a facility of interstate and foreign commerce, the telephone, with the intent that the murder of R.H. be committed in violation of the laws of any State or the United States, as consideration for a promise and agreement to pay anything of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958.

DATED this 18th day of December, 2018.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

**INDICTMENT** - 3

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
TRACI J. WHELAN
ASSISTANT UNITED STATES ATTORNEY


_____
BRYCE B. ELLSWORTH
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 4