# CRIMINAL COVERSHEET

DEC 1 8 2018

Revd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| **DEFENDANT'S NAME:** Katrina Lynn Danforth | |
| **DEFENSE ATTORNEY:** | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| **INVESTIGATIVE AGENT:** Ed Jacobson | INTERPRETER: No |
| Telephone No.: (208) 664-5128 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| **CASE INFORMATION:** | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Kootenai |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1958 | One thru Five | Use of Interstate Commerce Facilities in Commission of Murder-for-Hire | Imprisonment: not more than 10 years; Supervised Release: at least 3 years; Fine: not more than $250,000.00; Special Assessment: $100 |

Date: December 18, 2018

Assistant U.S. Attorney: TRACI J WHELAN, BRYCE B. ELLSWORTH
Telephone No.: (208) 667-6568

CR 18-398 NBLW