# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Initial Appearance
(X) Video Arraignment
(X) Video Detention

| | |
|---|---|
| MAGISTRATE JUDGE: Ronald E. Bush | DATE: January 2, 2019 |
| DEPUTY CLERK: Sunny Trumbull | TIME: 3:02 p.m. – 3:10 p.m. |
| ESR: Lynette Parson | Boise to Coeur d' Alene, Idaho |
| | (recorded in Coeur d' Alene) |

UNITED STATES OF AMERICA vs. Katrina Lynn Danforth
2:18-cr-398-BLW

Counsel for:   United States (AUSA): Traci Whelan, AUSA
Defendant: Amy Rubin and Steve Roberts, Federal Defender
USPO: Joel Osborne and Levi Wullenwaber

(X) Defendant waived personal appearance for today's hearing.
(X) Defendant appears on a warrant.
(X) Court reviewed the record. (X) Defendant placed under oath.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided.
(X) Financial Affidavit reviewed and Court appointed Federal Defender to represent the defendant.
(X) Indictment   ( ) Information   ( ) Complaint
       (X) Copy furnished to defendant/understands the charges and maximum penalties
       ( ) Read by Clerk   (X) Waived Reading  ( ) Read by Interpreter

(X) PLEA: **NOT GUILTY** entered by the defendant

(X) **ORDER:** Counsel made elections and Court entered Procedural Order. Jury Trial set for March 4, 2019 at 1:30 p.m. in Coeur d' Alene, Idaho before Judge B. Lynn Winmill. A telephonic pre-trial readiness conference set for February 21, 2019 at 4:00 p.m. (mountain time) before Judge Winmill. Counsel for the Government is directed to initiate the call.

(X) Waiver of Detention signed by the defendant and Order of Detention entered by the Court.

(X) Assertion of 5th and 6th Amendment rights signed by the defendant.

(X) Parties may keep copy of Bail Report. So Ordered.

(X) Defendant remanded to the custody of the U.S. Marshal.