Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
The Honorable B. LYNN WINMILL

| | |
|---|---|
| United States of America, | No.  2:18-cr-398-BLW |
| Plaintiff, | Notice of Appearance |
| v. | |
| Katrina Lynn Danforth, | |
| Defendant. | |

I am admitted or otherwise authorized to practice in this court, and I appear in this case for Ms. Danforth.

Dated:   January 03, 2019               Respectfully Submitted,

S/Amy H. Rubin
Amy H. Rubin, GA 618349
Attorneys for Lynn Danforth
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org

Notice of Appearance

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 03, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: TRACI J. WHELAN, Assistant United States Attorney and Bryce Ellsworth, Assistant United States Attorney.

<u>S/Amy H. Rubin</u>
Amy H. Rubin, GA 618349
Attorneys for Lynn Danforth
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org