BART M. DAVIS
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR. 4416
BRYCE B. ELLSWORTH, IDAHO STATE BAR. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KATRINA LYNN DANFORTH,<br><br>        Defendants. | Case No. 2:18-CR-00398-BLW<br><br>**UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, provides notice that the following discovery has been provided, to Defense Counsel on a DVD, by FedEx:

    1.    Investigative Reports; Bates Nos._00001-00157.

The United States objects to any request for discovery by Defendant(s), which exceeds the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

The United States will continue to provide discovery materials as they become available.

UNITED STATES' DISCOVERY RESPONSE AND
DEMAND FOR RECIPROCAL DISCOVERY - 1

DATED this 14th day of January, 2019.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        *s/ Traci J. Whelan*
        TRACI J. WHELAN
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing United States' Discovery Response and Demand for Reciprocal Discovery, was electronically filed January 14, 2019 with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

| Amy Rubin, Federal Defender | Amy Rubin@fd.org |

        *s/ MARISSA ALLEN*
        MARISSA ALLEN
        Legal Assistant