BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATRINA LYNN DANFORTH,<br><br>Defendant. | Case No. 2:18-cr-00398-BLW<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby objects to the Defendant's Motion to Continue Sentencing and Related Deadlines (ECF 25) in the above entitled matter.

After being notified that the defense would seek a continuance, the United States contacted the attorney of the victim in this matter, pursuant to its obligation under 18 U.S.C. § 3771 *et al*. Having consulted with the victim through his attorney, the United States objects to

the Motion to Continue Sentencing. Victims have the right to have proceedings free from unreasonable delay and to be treated with fairness and respect for their dignity and privacy.

In this case, the victim has made arrangements to travel from out of state and attend the sentencing hearing on December 02, 2019. These arrangements have required considerable coordination involving work and school obligations. The sentencing hearing of the co-defendant, Rebecca Eberlein, was previously continued to December 03, 2019, to allow the victim to attend both court proceedings. A continuance would fail to uphold the victim's rights pursuant to 18 U.S.C. § 3771 *et al*. Additionally, the attorney for the victim has informed the United States that the victim and his loved ones are experiencing stress and anxiety regarding the upcoming sentencing and seek to have the case finalized.

Furthermore, while the United States recognizes that Ms. Danforth was previously housed at SeaTac, she has since been housed at the Bonner County Jail since her change of plea hearing in August of 2019. For these reasons, the United States objects to a continuance of the sentencing and the related deadlines in this matter.

Respectfully submitted this 25th day of November, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*s/ Traci J. Whelan*
TRACI J. WHELAN
Assistant United States Attorney

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING AND RELATED DEADLINES - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2019, the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| J. Stephen Roberts, Jr.<br>Steve_Roberts@fd.org | ECF Filing |

*s/ Carin Crimp*
Legal Assistant