<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill            Date: February 25, 2020
Case No. 2:18-cr-398-BLW         Deputy Clerk/ESR: Sunny Trumbull
                                 Time: 1:41 – 3:13 p.m.
                                 Place: Coeur d' Alene, ID


UNITED STATES OF AMERICA vs. KATRINA LYNN DANFORTH

Counsel for United States – Traci Whelan
Counsel for Defendant – Steve Roberts & Amy Rubin, FD
Probation – Levi Wullenwaber

(X)  The Court reviewed the case history.
(X)  Ms. Whelan played and submitted Government's Exhibit 1 to
     the Court.
(X)  Counsel made sentencing recommendations to the Court.
(X)  Defendant made remarks on her own behalf.
(X)  The Court adopted the Presentence Report.
(X)  Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The defendant shall pay a fine in the amount of $1,000.

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt.45).

The Court recommends that the defendant be credited with all time served in federal custody and that the defendant be placed in the facility at FCI Dublin California.

(X)  Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)  Right to appeal explained.

(X)  The Court denied the request filed at docket #49.

(X)  Defendant remanded to the custody of the United States Marshals Service.