UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATRINA LYNN DANFORTH,<br><br>Defendant. | Case No. 2:18-cr-00398-BLW<br><br>**ORDER ON DEFENDANT'S MOTION TO DEFER PAYMENTS** |

Before the Court is Defendant Katrina Lynn Danforth's Motion to Defer Payments (Dkt. 78). For the reasons set for below, the Court will deny the motion.

## BACKGROUND

On February 25, 2020, the Court sentenced Ms. Danforth to a term of imprisonment of 120 months to be followed by three years of supervised release. Dkts. 51, 52. It also imposed a special assessment of $100 and a fine of $1,000. *Id*. The monetary penalties were to be paid in nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. *Id*. Ms. Danforth is currently incarcerated at FCI Dublin with a projected release date of July 24, 2027. *See* https://www.bop.gov/inmateloc/ (last accessed July 7, 2022).

**ORDER ON DEFENDANT'S MOTION TO DEFER PAYMENTS - 1**

Ms. Danforth alleges that she is unable to afford to make payments towards her fine due to her low wages and the inability of her friends and family to continue assisting her with payments. She would like the Court to defer payments until after she is released and has become employed.

## ANALYSIS

A judgment imposing a fine is final for all other purposes unless modified, remitted, corrected, or modified on appeal. 18 U.S.C. § 3572(c). None of these factors is relevant here. Accordingly, the Court cannot change the payment provision contained in the Judgment. Significantly, the Court has been informed by the Clerk's Office of the United States District Court for the District of Idaho that Ms. Danforth's special assessment was paid in full as of August of 2021, and her fine was paid in full as of September of 2021.

## ORDER

**IT IS ORDERED that** Defendant Katrina Lynn Danforth's Motion to Defer Payments (Dkt. 78) is **DENIED**.

DATED: August 10, 2022

B. Lynn Winmill
U.S. District Court Judge

**ORDER ON DEFENDANT'S MOTION TO DEFER PAYMENTS - 2**